UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>   vs.<br><br>HECTOR GUTIERREZ,<br><br>               Defendant. | CASE NO.  18 CR 0032 LAB<br><br>Order Directing United States<br>Probation to Release Records re<br>Allegations of Non-Compliance |

This matter comes before the Court upon a motion by defendant HECTOR GUTIERREZ (ECF 51) to release all documents and records within U.S. Probation's possession, custody, and control pertaining to the allegations set forth in the petition for an order to show cause whether Defendant's supervised release should be revoked (ECF 45).

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**. U.S. Probation shall release to the parties all documents and records in its custody and control pertaining to the allegations set forth in the petition, as requested by the defense.

**IT IS SO ORDERED**.

Dated: 8/8/2022

_____
Honorable Larry Alan Burns
United States District Judge

18 CR 0032 LAB